UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:25-cv-01322-CEM-DCI

PATRICIA C. SWANSON,

Plaintiff,

v.

CENTRAL FLORIDA SCHOOL OF MASSAGE THERAPY, LINDSEY A. MANZ, MICHAEL McGILLICUDDY,

Defendants.
_______________________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNT II**

Plaintiff, PATRICIA C. SWANSON ("Plaintiff"), and Defendants, CENTRAL FLORIDA SCHOOL OF MASSAGE THERAPY, LINDSEY A. MANZ, and MICHAEL McGILLICUDDY ("Defendants"), hereby stipulate to the dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, each party shall bear their own attorneys' fees and costs.

By way of background only, on or about July 16, 2025, Plaintiff filed a two-count Complaint claiming unpaid overtime wages (count I) and retaliation (count II) in violation of the FLSA. (ECF No. 1). As to Count I, the corporate Defendant previously unconditionally tendered full relief to Plaintiff and filed a motion for entry of consent judgment as to Count I. The motion was granted and on July 15, 2026, the Court entered a judgment in accordance therewith. (ECF No. 63). A satisfaction of

judgment was entered on July 24, 2026. ECF No. 65. As such, only Count II for retaliation remained.

The parties have now resolved their differences as to Count II. Since there is no pending FLSA back wage claim, this Court is not required to approve the settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.3d 1350 (11th Cir. 1982).

The parties thus stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

Plaintiff has also requested the following language: The dismissal of this action shall not affect the parties' rights and obligations under the executed Settlement Agreement, which shall remain enforceable according to its terms.

Respectfully Submitted on August 18, 2026.

**/s/ PATRICIA SWANSON**
Patricia Swanson, *pro se*
Patricia C. Swanson
8223 Alveron Ave.
Orlando, FL 32817
Telephone: (407) 463-4466
E-mail:
swanson.2017dr16803@gmail.com
***Plaintiff***

**/s/ ROBIN I. FRANK**
Robin I. Frank, Esq.
Florida Bar No. 0649619
LEVINE FRANK PLLC
3837 NW Boca Raton Blvd., Ste 200
Boca Raton, FL 33431
Telephone: (561) 658-1102
E-mail: RIF@LevineFrank.com
***Attorney for Defendants***